■ In the Matter of the Claim of GINA M. DIGENNARO, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 3, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Garry, Rose, Lynch and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.